

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00789-CV

**IN THE INTEREST OF C.D.M.** and C.M.M., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13803
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: April 1, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM